ROBERT O'MALLEY, Respondent, *v.* ALBERT M. ZIMBRICH, Appellant.

*O'Malley* v. *Zimbrich*, 173 App. Div. 957, affirmed.
(Argued May 28, 1919; decided July 15, 1919.)

APPEAL from a judgment, entered April 20, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict directed by the trial court. The action was brought to recover, pursuant to section 65 of the Personal Property Law, the installments paid by the plaintiff's assignor, Mary Green, toward the purchase price of an automobile sold to her by the defendant. The issue presented was the regularity of proceedings under which the defendant retook the automobile and sold it.

*I. J. Beaudrias, Hugh J. O'Brien* and *Charles E. Bostwick* for appellant.

*Isaac Adler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.